UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EPIC GAMES, INC.,

      Plaintiff-counter-
      defendant - Appellant,

  v.

APPLE, INC.,

      Defendant-counter-
      claimant - Appellee.

No. 21-16506

D.C. No. 4:20-cv-05640-YGR
U.S. District Court for Northern
California, Oakland

**ORDER**

The Mediation Program of the Ninth Circuit Court of Appeals facilitates

settlement while appeals are pending. **See** Fed. R. App. P. 33 and Ninth Circuit

Rule 33-1.

By October 5, 2021, counsel for all parties intending to file briefs in this

matter are requested to inform Sasha M. Cummings, Circuit Mediator, by email at

sasha_m_cummings@ca9.uscourts.gov, of their clients' views on whether the

issues on appeal or the underlying dispute might be amenable to settlement

presently or in the foreseeable future. **Counsel are requested to include the Ninth**

**Circuit case name and number in the subject line.** This communication will be

kept confidential, if requested, from the other parties in the case. This

communication should not be filed with the court.

For more detailed information about the Mediation Program and its procedures generally, please see the Mediation Program website: **www.ca9.uscourts.gov/mediation.**

**The existing briefing schedule remains in effect**.

FOR THE COURT:

Beatriz L. Smith
bls/mediation                                    Deputy Clerk