UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 06 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>   Plaintiff-counter-<br>   defendant - Appellant,<br><br>v.<br><br>APPLE, INC.,<br><br>   Defendant-counter-<br>   claimant - Appellee. | No. 21-16506<br><br>D.C. No. 4:20-cv-05640-YGR<br>U.S. District Court for Northern<br>California, Oakland<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

bls/mediation

Sasha M. Cummings
Circuit Mediator