UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff-counter-defendant - Appellant, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant-counter-claimant - Appellee. | No. 21-16506 <br><br> D.C. No. 4:20-cv-05640-YGR <br> U.S. District Court for Northern California, Oakland <br><br> **ORDER** |
| EPIC GAMES, INC., <br><br> Plaintiff-counter-defendant - Appellee, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant-counter-claimant - Appellant. | No. 21-16695 <br><br> D.C. No. 4:20-cv-05640-YGR <br> U.S. District Court for Northern California, Oakland |

At the direction of the Court, the parties shall bear their own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Anthony Kurosh Molavi
Deputy Clerk
Ninth Circuit Rule 27-7