UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>  Plaintiff-counter-defendant – Appellant/Cross-Appellee,<br><br> v.<br><br>APPLE, INC.,<br><br>  Defendant-counter-claimant – Appellee/Cross-Appellant. | Nos. 21-16506, 21-16695<br><br>D.C. No. 4:20-cv-05640-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

The amicus brief submitted on June 20, 2023 by TechFreedom is filed. No paper copies are required at this time.

           FOR THE COURT:

           MOLLY C. DWYER
           CLERK OF COURT