UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　Plaintiff-counter-<br>　　defendant-Appellant,<br><br>　v.<br><br>APPLE, INC.,<br><br>　　Defendant-counter-claimant-<br>　　Appellee. | No.　21-16506<br><br>D.C. No. 4:20-cv-05640-YGR<br>Northern District of California,<br>Oakland<br><br>ORDER |
| EPIC GAMES, INC.,<br><br>　　Plaintiff-counter-<br>　　defendant-Appellee,<br><br>　v.<br><br>APPLE, INC.,<br><br>　　Defendant-counter-claimant-<br>　　Appellant. | No.　21-16695<br><br>D.C. No. 4:20-cv-05640-YGR |

Before: S.R. THOMAS and M. SMITH, Circuit Judges, and McSHANE,[*] District Judge.

　　The panel has unanimously voted to deny the petitions for panel rehearing.

Judge M. Smith has voted to deny the petitions for rehearing en banc, and Judges

---

　　[*]　　The Honorable Michael J. McShane, United States District Judge for the District of Oregon, sitting by designation.

2

S.R. Thomas and McShane so recommend. The full court has been advised of the petitions for rehearing en banc and no judge of the court has requested a vote. Fed. R. App. P. 35. The petitions for panel rehearing and rehearing en banc (Dkt Nos. 224 and 225) are DENIED.