# CRAVATH

Gary A. Bornstein
gbornstein@cravath.com
T+1-212-474-1084
New York

July 3, 2023

*Epic Games, Inc. v. Apple Inc.*, Nos. 21-16506 & 21-16695 (9th Cir.)

Dear Ms. Dwyer:

I write on behalf of Epic Games, Inc. ("Epic") in the above-captioned matters.

Earlier today, Apple Inc. ("Apple") moved to stay the issuance of the mandate in these matters pending the resolution of a petition for a writ of certiorari that Apple asserts it intends to file in the Supreme Court. (*See* No. 21-16506, Dkt. 247.) Epic opposes Apple's motion to stay and intends to file a brief in opposition promptly, and in advance of July 7, 2023, when the Court's mandate will issue absent a stay.

Epic respectfully requests that the Court await Epic's submission of its opposition brief before ruling on Apple's motion to stay.

Sincerely,

*/s/ Gary A. Bornstein*
Gary A. Bornstein

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939
(415) 355-8000

Cc: Counsel of Record

**NEW YORK**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP