# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Epic Games, Inc., *Plaintiff / counter-defendant / Appellant,* v. Apple Inc., *Defendant / counter-claimant / Appellee.* | No. 21-16506 D.C. No. 4:20-cv-05640-YGR Northern District of California, Oakland NOTICE OF FILING OF PETITION FOR A WRIT OF CERTIORARI |
| Epic Games, Inc., *Plaintiff / counter-defendant / Appellee,* v. Apple Inc., *Defendant / counter-claimant / Appellant.* | No. 21-16695 D.C. No. 4:20-cv-05640-YGR |

**NOTICE OF FILING OF PETITION FOR A WRIT OF CERTIORARI**

Pursuant to this Court's order of July 17, 2023 (Dkt. 250), Apple Inc. hereby notifies the Court that on September 28, 2023, it filed a timely petition for a writ of certiorari in the Supreme Court.

> */s/ Mark A. Perry*
> Mark A. Perry
> WEIL, GOTSHAL & MANGES LLP
> 2001 M Street NW, Suite 600
> Washington, DC 20036
> (202) 682-7511
> Mark.Perry@weil.com

September 28, 2023